# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

155664

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARYL WALDON,
      Defendant-Appellant.

SC: 155664
COA: 336935
Macomb CC: 06-000383-FC

_____/

      On order of the Court, the application for leave to appeal the February 28, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018

Clerk

t0905